NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TANRRANCE MARSHALL,                )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D18-873
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____    )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

PER CURIAM.

        Affirmed.  See State v. Roby, 246 So. 2d 566 (Fla. 1971); McDonald v.
State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA
2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965
So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA
2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Hillman v. State, 410 So.
2d 180 (Fla. 2d DCA 1982); Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002); Harris
v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

CRENSHAW, MORRIS, and SLEET, JJ., Concur.